RECEIVED

OCT 2 4 2005

ROBERT ~~~~~~ CLERK
WESTERN ~~~~~~ LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MARK CHEATHAM | CIVIL ACTION NO. 05-0900 |
| VERSUS | JUDGE ROBERT G. JAMES |
| THOMAS C. CALOGERO, ET AL. | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that Plaintiff's civil rights action be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

IT IS FURTHER ORDERED that, to the extent Plaintiff intended to assert a tort claim under state law, any such tort claim is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

MONROE, LOUISIANA this 24 day of October, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE